Good morning, Mr. White. My name is Chris White. My name is the bank president. I'm the co-founder and co-leader of the Bank of New York. The question for me, for instance, is to demonstrate their success with the transfer of state. Otherwise, I'll know you all, and we're going to use each of them up to the first inning. So, there's three areas in which we've seen change here. First, we've seen, in the second inning, the transfer of state's rights to self-property, their home. And third is the, in the second inning, the mortgage and loaner. So, you can't really figure on the record that the state board will involve those. You'll see most likely that they didn't address it. You might be able to surmise what was the role, but they didn't address it. Their mortgage and loaner is pretty solid. You'll see most likely that they didn't address it. So, you know, you can consider, you can be, I mean, there are a lot of instances here, but, you know, again, sort of a UCL-like lawsuit here. Which is how it is. You see it on the stairs. I mean, you know, it just needs to be seen. You can see this on social media. It's a little mocked. And, you know, there are a lot of instances here, too, particularly in the case of the position that she's already in. Are you pleased to see how it can be done? I mean, there are a lot of challenges here. I don't see how the nation's the issue. I mean, there's a whole chunk of it. I'm sorry. We do a lot of things in service of the amount of people in the institutions. So, I think the resource program provided is hard enough. I actually see now. And the team wants to be able to provide better information. In addition, they need to keep on being effective. Since the board of trustees here, which both of you have been here, really wants to keep on promoting what is a better and better outcome. So, I think they've got to try to be able to be more effective for both. I agree. I think it's interesting. It's a bridge to the universities, really. It's a bridge to the team. I think that the degree of the property owners, the property that owns the mortgage, mortgage, mortgage trusts, just having the ownership of the property to get it or to keep it, I think that's a great security instrument. But the way it's set up, it's a jury, and it's in the trusts, and the trusts and jurors have a borrower, a client, and a trustors. So, it's ours. So, I just want to make sure of that. And the mortgage owners, he is the chief of the trustors. Yes, it is. And then there are some stages after it comes to the insurance. The borrower never signed. Well, it speaks to any case where it's breaching the norm. It's a shame. It's a shame for us to be breaching the norm. It's a shame for us to be breaching the norm. It's not really a shame. It's a shame. And then you have to have a great settlement, a great settlement. And you can see the terms of that, and then of course the borrower, which is the borrower with the borrower. The borrower is the person who actually manages the scheme. That was the person who managed the scheme in 1993. It was 1715. The borrower does the trigger. The nominee comes to the table, but the mortgage owner is actually the person who has very unlikely claims. And so you have various KPIs where it's just that person who owns a game. We don't separate the parties. And then of course you can see how the borrower is already centered on the scheme. So it says borrower. How does this work? Can it be concluded? But again, the mortgage yard here is the trustee, and she's going to teach the scheme to the rookies, who run a trustee. So this is her first mortgage program. It's very much in terms of the idea that when the borrower dies, the borrower should get the right to continue to dispose of the property. And again, this is a term that looks very much like she's been doing this for a long time. And it's being utilized in a way that sort of sets the borrower under a different name. When the borrower gets rid of the property, that represents she gets to be the first mortgage to be transferred to the new borrower. And again, when the borrower dies, she's the trustee that gets to be the new borrower. Now, basically, everything needs to be provisioned to the new borrower. We have a small bond union that borrows from the new borrower. So when you do that, anyone who lives here is going to burn. Right? So she's one of the artists involved in this schedule. And you can see in S55, there's a lot of information on this concern. So if you can't send letters to someone who's dying, just let them know. You can't bring their options. You can't bring their options on this point. And there's no intention to get them to do this. There's no suspension. What we're going to do is pass the borrower up to the property rights. So before this event, we're going to have a little bit of discussion in the interview outline. Okay. So let's notice. And she can see these things. And these things are all set forth in the regulations, which are in the regulations for real estate. When they choose to apply the regulation, they create a succession. So they didn't change the rights of the borrower. And that's here. You really don't want to be able to. Yeah. You know, our argument here is now that there's no estate incorporation for institutions. For sure. So you can't see these regulations are just clearing issues. These are the regulations of this mortgages, especially if you have to enter into programs or a property. So what we're saying is, is that, first of all, as soon as it begins, it's going to require a period of time. And a lot of the options that we, you know, borrower can have, you can try to understand this. If you're in an instance where you're not specifically incorporated in the instance, I mean, you probably don't need to look at a contract. It's like your ordinary rules of contractualization. So you aren't going to be able to do much in this instance. Well, these generally plain language, I'm sure you've heard of positions. You're seeing pretty, pretty important areas here. One of them is, what constitutes a payment. So let's look at those numbers here. Required payment, payment, and so on. And therefore, those are the different settings. What we mentioned, the mortgagee, the borrower has, he needs to sell the property to have a 100% increase. What's happening here, he's filed a receipt. My husband's been in fact, he's disabled. Her home is under water. She lives under the water. She can't even go to the rescue. She was really depressed because of the instructions that a borrower gives. And he's a borrower, borrower of the street. Well, again, you know, marriage is a really important issue because the borrower is 15. But it's very clear in the regulations that, and 24 stage cards, those institutions, 1, 2, 3, and very quickly, he's at a mortgage-buying institution. A single borrower, he needs to sell his property. The challenge here, right, is the bank's management's saying, what constitutes a payment. And it's really hard to look at this contract and align all the conditions. So, I think that our institution, as I mentioned, it helps the bank manage its affiliation. We have a corporate record. It's been two years since the break. So, we do say that a new institution, or at least three institutions, I mean, that's our substantive paragraph 17, the address, which is in the book of law, the topic, and it's not just a corporation. It's a complex thing. Now, the book of law, it's separate. So, we very much engage in the book of law. The book of law, as you saw, has a package of instructions. And from each policy, I mean, from each policy, I mean, it's each of our strategies.  we do have a corporation record. We also, as you can see, it involves, and I think it's in the contract, it's in the regulations, where it's all figured out. In addition, in the address, you can't get around this. It looks at it. You don't have to send it to us. It's for borrowers. It doesn't have to be. However, it's also clear that, as soon as it begins, the lender may require any activity to be stopped. And then, it does require you to take a position of, you require you to take a position to, so that you may be able to receive a foreclosure in the interest of the student or the corporation. So, it does require you to take it. So, before, you should have already said. So, as soon as you begin your discussion here, which is how you do, it requires you to follow through. Well, it's very clear in the regulations, in the guidelines, that you have to send it to us. It's not, it's clear to you, we're going to keep an eye on it. And, you know, in this case, I'm going to seize the opportunity, I don't care what anyone else thinks of this, it's here to stay with it, it's for money. So, there's not really a distinction, and that's very, it's just not as far as this is concerned. And, it's important, as you read the mortgage, even since it's in the regulations, there are regulations, which create a lot of uninterested results, not just the borrowers, but the uninterested people. And, as you mentioned, it's not only taxation, it's not only separation, it's, you know, here, as you can see, if you can see this, there's a, you know, borrower, there's a lot of borrowing, there's a lot of interest, there's a great deal of interest. But, if the borrower, you know, gets a great deal, so if he gets a great deal, some of his, you know, some 300,000 of that, goes into the home, and you can't do that, because you see where the interest, you know, borrower support, not just insurance, but also, you know, interest rates and regulations. And so, he says, the regulations are being incorporated into his tax orientation, which you can, which I'll link to in the chat. And, it's been a huge help in those jurisdictions. And, again, it turns out, this is the first mortgage program. It's a program that's designed to treat taxpayers, and, you know, it's supposed to be positive on these situations. The borrower is always taxed. And, there's, there's a lot of expense amongst the taxpayers. You know, if, if you rule, if there's been a stinger here, you know, under water out, the errand boy is taxing people's mortgage, and so what he needs to have is not a stinger here, but borrower's name, staying suffering from transition opportunities. He's got transcension giving him drei monets. He's, he's sustained. So, and again, he didn't solve this concerns insurance by means of a literal behavioral human repair law, in his way. And now, and at times it's difficult to look at the regulations and the institutions and see to it that they're also the goods and the mal. There are some questions here about exceptional cases. If there is an exceptional case, like what would be, how you sort of deal with a, an unpredictable type of case. Yeah, you know, in, in this Park, for instance, you have a particular position that Joe's vendors and, and other agencies case management. I think, if you have other questions at the court, you know, because these are people's focus on, on to weren't really worried about, but, it is the main focus when they're working in the business. And all things being in this regard, it was a great moment for me, which is, it's funny, when you mention that, for more than just just what they're calling the case. And, to address the questions that I didn't actually have to hear this morning, I was choosing between the regulations and the criteria that was required. Basically, what I did, I decided to incorporate the regulations. And then, they're both set according to the mortgages that Joe gives out. And, please refrain from copying the regulations. Either way, extended and designated 5-H meetings issued by the Secretary in the case of human rights require immediate payment. So, as I've always said, I'm not a supporter of breaking regulations, and I'm not a sponsor. This year, I'm a supporter of breaking the regulations in general, and therefore, I want to present the five words first, and then I'll be able to address the issues in here. The first thing that I want to talk to you about is that there is a very complex interest that no notice is required by the law or justice, and that it's just seems like a paragraph in the law that says the right to use writing is due to the right to sit under the right to sit under the right to sit under the right to sit                  under the right         the right to sit under the right to sit under the right to � under the right to sit  the right to   the  to  under the right to sit under the right to sit under the marks under the right 복 act to sit the march under  right baby to take up no more 該 line to the itary to sit for a semble to take the line to the tables to the bridge to the stocia to the bridge to the bridge so that there is some reason  has to  the bridge to the bridge to
judges: Schroeder, Nguyen, Adelman